# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:09mc01

| | |
|---|---|
| IN RE: EUNICE PARKER WASHINGTON | ) ) ) **JUDGMENT** ) |

**THIS MATTER** having come before the court upon an Order requiring EUNICE PARKER WASHINGTON to show cause why she should not be held in contempt, and EUNICE PARKER WASHINGTON having appeared with counsel in open court on February 24, 2009, to answer such Show Cause Order, and the court having there found from the evidence presented that, beyond a reasonable doubt, EUNICE PARKER WASHINGTON committed criminal contempt of this court by threatening a witness on January 22, 2008, in the Courtroom of the United States District located in Bryson City, North Carolina, which is within the Western District of North Carolina, while the business of the court was therein being conducted on that day, to wit, that EUNICE PARKER WASHINGTON, in an attempt to thwart the prosecution of defendants Mystical Parker and Anthony D. Welch, threatened government witnesses Caroline Partridge and Willie Partridge with bodily harm if they gave testimony in criminal matters that were before the court on such date, as more fully discussed in open court and upon the record, which is incorporated herein by reference,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that

(1) the court finds that EUNICE PARKER WASHINGTON is in criminal contempt of court, a Class B misdemeanor, which falls within the jurisdiction of a United States Magistrate Judge under 28, United States Code, Section 636(a)(4);

(2) EUNICE PARKER WASHINGTON is sentenced to a term of imprisonment of thirty (30) days, to commence immediately; and

(3) EUNICE PARKER WASHINGTON shall pay a fine of $5,000.00.

The Clerk of this court is instructed to send a copy of this Judgment to the United States Attorney Gretchen C.F. Shappert, Assistant United States Attorney Nix Williams, Assistant United States Attorney Corey Ellis, and counsel for defendant.

Signed: February 25, 2009

Dennis L. Howell
United States Magistrate Judge